IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **08-cv-27-JLK**

**BRANDON BABEON,**

    Plaintiff,

v.

**NATIONAL ACTION FINANCIAL SERVICES, INC.,**

    Defendant.

## ORDER

Kane, J.

This matter is before me on Plaintiff's Motion for Attorneys Fees and Costs (Doc. #13), filed May 14, 2008. Having carefully considered the Motion, response, related filings and all applicable legal authorities, and being fully advised in the premises, I GRANT the Motion and FIND and ORDER as follows:

1. The rate of $250.00 per hour is a reasonable rate for Attorney David M. Larson in this matter.

2. Reasonable attorney fees and costs in the amount of $3,054.40 shall be added to the current Judgment of $3,001.00, so that Judgment in favor of the Plaintiff and against the Defendant is entered in the amount of $6,055.40, plus post-judgment interest.

Dated this 12th day of June, 2008.

                                                s/John L. Kane
                                                John L. Kane, Senior District Judge
                                                United States District Court